IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE DAVIS,        )<br>                              )<br>          Plaintiff,     )<br>                              )<br>     v.                   )<br>                              )<br>CITY OF SELMA, D-B HEUSSER, City )<br>Manager, MYRON DYCK, Chief of   )<br>Police, and DOES 1-20,      )<br>                              )<br>          Defendants.    )<br>_____) | 1:12-CV-01362 AWI MJS<br><br>ORDER VACATING<br>OCTOBER 29, 2012 HEARING<br>AND TAKING MATTER<br>UNDER SUBMISSION<br><br>(Doc. No. 12) |

   Currently pending before this Court is Defendant City of Selma's motion to dismiss. *See* Court's Docket, Doc. No. 12. This motion is set for hearing on October 29, 2012, at 1:30 p.m. in Courtroom 2. Plaintiff has filed an opposition, and Defendant has filed a reply. *See id.* Doc. Nos. 14, 15. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. *See* Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 29, 2012, is VACATED, and the parties shall not appear at that time. As of October 29, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 22, 2012                                    _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE